Adel **ELCHAHED**, Plaintiff–Appellant,

v.

**7–11 FRANCHISE; et al., Defendants–Appellees.**

No. 04–15621.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2004.*

Decided Oct. 26, 2004.

Adel Elchahed, Laguna Beach, CA, pro se.

Before: KLEINFELD, TASHIMA, and GOULD, Circuit Judges.

MEMORANDUM **

Adel Elchahed appeals pro se the district court's order dismissing for failure to state a claim his complaint against J.D. Green and Associates, 7–11 Franchise, and

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

Valdamire Betancourt. A pro se litigant must be given leave to amend his complaint unless it is absolutely clear that the deficiencies of the complaint could not be cured by the amendment. *See Karim–Panahi v. Los Angeles Police Department,* 839 F.2d 621, 623 (9th Cir.1988). Elchahed must be given leave to amend his complaint.

**REVERSED and REMANDED.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

